RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON. C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org
Attorney for Marquis Lamar Franklin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>            Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Marquis Lamar Franklin, that the Revocation Hearing currently scheduled on February 16, 2021 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case and discuss the matter with the client, the government, and the U.S. Probation Office.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The US Probation Office does not concur with the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 12th day of February 2021

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Brandon C. Jaroch<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ Shaheen Torgoley<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>    Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 16, 2021, at 1:00 p.m., be vacated and continued to April 29, 2021 at the hour of 10:30 a.m. in LV Courtroom 6C.

   DATED this 12th day of February 2021.

_____
UNITED STATES DISTRICT JUDGE

3