**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00333-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| MARQUIS LAMAR FRANKLIN, | |
| Defendant | |

I ORDER the United States of America to file a response to defendant Marquis Franklin's letter (ECF No. 75) by October 1, 2021.

DATED this 13th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE