UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>    Defendant | Case No.: 2:17-cr-00333-APG-PAL<br><br>**Order Denying in Part Motion for Time Credit Against Sentence**<br><br>[ECF No. 75] |

Defendant Marquis Lamar Franklin submitted a letter that I am treating as a motion requesting credit for 68 days he spent in federal custody before being returned to state custody. ECF No. 75. The Government opposes. ECF No. 78.

I sentenced Franklin on September 6, 2018. ECF No. 39. The Government is correct that I varied downward in my sentence in part to reflect some of the time Franklin had been in federal custody on a writ from state custody. But I also specified in the Judgment that his federal sentence should be deemed to begin to run on August 9, 2018, while he was still in federal custody under the writ. *Id.* at 2. Franklin apparently was not transferred back to state custody until October 15, 2018. ECF No. 75. If Franklin received credit against his state custody for the period August 9, 2018 to October 15, 2018, then he should not receive credit for that time against his federal sentence because I ordered the federal sentence to run consecutive to the state sentence. But if Franklin did not receive credit for that period against his state sentence, then he should receive it as credit against his federal sentence. Even though I varied downward to account for some of his time in federal custody on the writ, I stated in the judgment that his federal sentence should be deemed to begin on August 9, 2018. If the August 9, 2018 to October

15, 2018 period is not counted against either sentence, then Franklin may have overserved his sentence.

I do not know whether the federal Bureau of Prisons or the state counterpart credited Franklin for this time. Thus, I cannot grant his request to credit that time against his current sentence. I will, as I must, defer to the Bureau of Prisons to calculate Franklin's incarceration time. Hopefully, this order will aid the Bureau in that calculation.

I THEREFORE ORDER that Franklin's motion for time credit against his sentence **(ECF No. 75) is denied without prejudice.**

Dated this 28th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE