## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00333-APG-PAL |
| Plaintiff | **Order** |
| v. | |
| MARQUIS LAMAR FRANKLIN, | |
| Defendant | |

I ORDER plaintiff United States of America to file a response to defendant Marquis Lamar Franklin's emergency motion (ECF No. 80) by 1:00 p.m. on Friday, October 22, 2021.

DATED this 21st day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE