## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

MARQUIS LAMAR FRANKLIN

Case No. 2:17-cr-333-APG-PAL

**ORDER FOR SENTENCE
REDUCTION UNDER 18 U.S.C.
§ 3582(c)(1)(A)
(COMPASSIONATE RELEASE)**

[ECF No. 80]

Upon motion of the defendant for a reduction in sentence under 18 U.S.C.

§ 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and

the applicable policy statements issued by the Sentencing Commission,

I ORDER that the motion **(ECF No. 80) is GRANTED.**

X The defendant's previously imposed sentence of imprisonment of six months is

reduced to **Time Served**.

If the defendant's sentence is reduced to time served:

    X      There being a verified residence and an appropriate release plan in place,

this order is stayed for up to 14 days to make appropriate travel

arrangements and to ensure the defendant's safe release. The defendant

shall be released as soon as appropriate travel arrangements are made and

it is safe for the defendant to travel.  There shall be no delay in ensuring

travel arrangements are made. If more than 14 days are needed to make

appropriate travel arrangements and ensure the defendant's safe release,

then the parties shall immediately notify the court and show cause why the

stay should be extended.

X The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

X The defendant's previously imposed conditions of supervised release are unchanged.

Dated: October 22, 2021.

_____
   UNITED STATES DISTRICT JUDGE