# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00333-APG-PAL |
|---|---|
| Plaintiff | **Order Denying Motion for Assistance with Housing** |
| v. | [ECF No. 98] |
| MARQUIS LAMAR FRANKLIN, | |
| Defendant | |

Defendant Marquis Lamar Franklin submitted a letter that I am treating as a motion requesting assistance with housing upon his release from prison. ECF No. 98. That is a matter to be addressed first by the United States Probation Office (USPO) and the Bureau of Prisons (BoP). The USPO has submitted to BoP the request that Mr. Franklin be placed in the Residential Reentry Center upon his release. Thus, the motion is moot so I deny it without prejudice.

Dated this 19th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE