RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Marquis Lamar Franklin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>        Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Marquis Lamar Franklin, that the Revocation Hearing currently scheduled on September 14, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs more time to review the discovery and prepare for the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 8th day of September 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Justin Washburne*<br>By_____<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARQUIS LAMAR FRANKLIN, <br> Defendant. | Case No. 2:17-cr-00333-APG-PAL <br> **ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 14, 2023, at 11:00 a.m., be vacated and continued to November 1, 2023 at the hour of 10:00 a.m. in Las Vegas Courtroom 6C.

DATED this 11th day of September 2023.

_____
UNITED STATES DISTRICT JUDGE