RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Marquis Lamar Franklin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>                Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Third Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Marquis Lamar Franklin, that the Preliminary Hearing currently scheduled on November 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

   This Stipulation is entered into for the following reasons:

   1.   Counsel for the defendant needs more time to review the discovery and prepare for the hearing.

   2.   The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the third request for a continuance of the preliminary hearing.

DATED this 25th day of October 2023.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Keisha K. Matthews*  
By_____  
KEISHA K. MATTHEWS  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

*/s/ Justin Washburne*  
By_____  
JUSTIN WASHBURNE  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>          Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Friday, November 3, 2023 at 1:00 p.m. be vacated and continued to  January 11, 2024  at the hour of  10:00   a .m.

DATED this  26  of October 2023.

_____
UNITED STATES MAGISTRATE JUDGE