RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Marquis Lamar Franklin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>              Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Marquis Lamar Franklin, that the Revocation Hearing currently scheduled on November 1, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs more time to review the discovery and prepare for the revocation hearing.

2.     The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 25th day of October 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Justin Washburne*<br>By_____<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUIS LAMAR FRANKLIN,<br><br>    Defendant. | Case No. 2:17-cr-00333-APG-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 1, 2023, at 10:00 a.m., be vacated and continued to <u>December 21, 2023</u> at the hour of <u>10:30 a</u>.m. in Courtroom 6C.

DATED this <u>30th</u> day of October 2023.

_____
UNITED STATES DISTRICT JUDGE

3